**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlow A. Regan, deceased, | ) ) ) ) |
| Plaintiffs, | ) **ORDER GRANTING MOTIONS TO** |
| | ) **APPEAR PRO HAC VICE** |
| vs. | ) ) |
| Nissan North America, Inc., | ) |
| | ) Case No.: 1:08-cv-034 |
| Defendant. | ) |

_____

Before the court are the Plaintiffs' motions for attorneys David M. Brinley, Richard S. Eynon, Richard L. Denney, and Lydia JoAnn Barrett to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), David M. Brinley, Richard S. Eynon, Richard L. Denney, and Lydia JoAnn Barrett have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motions (Docket Nos. 7, 9, 11, and 13) are **GRANTED**. Attorneys David M. Brinley, Richard S. Eynon, Richard L. Denney, and Lydia JoAnn Barrett are admitted to practice before this court in this matter on the Plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2008.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge