# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlow A. Regan deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |
| vs. | ) ) | |
| Nissan North America, Inc., | ) ) | Case No. 1:08-cv-034 |
| Defendant. | ) | |

Before the court are the Defendant's motions for attorneys Kim M. Schmid and Barry J. Koopmann to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Ms. Schmid and Mr. Koopmann have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motions (Docket Nos. 16 and 18 ) are **GRANTED**. Attorneys Kim M. Schmid and Barry J. Koopmann are admitted to practice before this court in this matter on the Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge