## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlow A. Regan deceased, | ) ) ) ) |
| Plaintiffs, | ) **ORDER GRANTING MOTION TO** ) **APPEAR PRO HAC VICE** |
| vs. | ) ) |
| Nissan North America, Inc., | ) Case No. 1:08-cv-034 ) |
| Defendant. | ) |

_____

Before the court is the Defendant's motion for attorney David W. Graves, Jr. to appear pro hac vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Graves has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 21) is **GRANTED**. Attorney David W. Graves, Jr. is admitted to practice before this court in this matter on the Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court