# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlow A. Regan, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER ADOPTING STIPULATION TO FILING OF AMENDED COMPLAINT** |
| vs. | ) ) ) | |
| Nissan North America, Inc., | ) ) | Case No.: 1:08-cv-034 |
| Defendant. | ) | |

On April 29, 2008, the parties filed a Stipulation to Filing of Amended Complaint. The court **ADOPTS** the parties stipulation (Docket No. 25) and **GRANTS** the Plaintiffs leave to file an amended complaint. The Defendant will be permitted to rely on its originally filed answer, thereby precluding the necessity of filing an amended answer to the amended complaint.

Dated this 30th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court