**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlowe A. Regan, Deceased, ) ) ) ) Plaintiffs, ) ) vs. ) ) Nissan North America, Inc., ) ) Defendant. ) | **ORDER RE MID-DISCOVERY STATUS CONFERENCE** Case No. 1:08-cv-034 |

___

The court shall conduct a mid-discovery status conference with the parties on March 10, 2009, at 10:00 a.m. The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2008.

                                             */s/  Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court