**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Thomas Regan and Patti Regan, as Surviving Parents of Marlow A. Regan, Deceased, | ) ) ) ) **ORDER OF DISMISSAL** |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 1:08-cv-034 |
| Nissan North America, Inc., | ) |
| Defendant. | ) |

Before the Court is a "Stipulation of Dismissal" filed on February 20, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 82) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court